# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **JUAN MIGUEL RODRIGUEZ LIMA**<br>**#A208-899-068** | **CASE NO.  6:26-CV-00911 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN PINE PRAIRIE I C E**<br>**PROCESSING CENTER** | **MAG. JUDGE KAYLA D.**<br>**MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 20], no objections thereto having been filed, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the argument as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Juan Miguel Rodriguez Lima's Petition for Writ of Habeas Corpus ("Habeas Petition") [Doc. No. 1] as it pertains to his *Zadvydas* claim is **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to re-urge the claim if he has good reason to believe, in light of any changes in circumstance or new evidence, that his removal is not significantly likely in the reasonably foreseeable future.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's claim concerning his medical care in his Habeas Petition is **DISMISSED WITH PREJUDICE** here, but **WITHOUT PREJUDICE** to his right to raise the claim in a separate civil rights action.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's remaining claim in his Habeas Petition is **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 25th day of June 2026.

_____

TERRY A. DOUGHTY

UNITED STATES DISTRICT JUDGE
